# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SKYE A. BURNS                                                              PLAINTIFF

v.                      No. 3:18-cv-14-DPM

MARTY BOYD, Sheriff, Craighead
County; TODD HARRELL, Jail
Administrator, Craighead County
Detention Center; KEITH BOWERS,
Assistant Jail Administrator, CCDC;
and D. CHADWICK, Officer, CCDC            DEFENDANTS

## ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burns's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 April 2018