# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SKYE A. BURNS                                                                         PLAINTIFF

v.                               No. 3:18-cv-14-DPM

MARTY BOYD, Sheriff, Craighead
County; TODD HARRELL, Jail
Administrator, Craighead County
Detention Center; KEITH BOWERS,
Assistant Jail Administrator, CCDC;
and D. CHADWICK, Officer, CCDC                                                DEFENDANTS

## JUDGMENT

Burns's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2018